# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  DESIGNATION OF CHAIR | : | No. 648 |
| | : | |
| OF COMMITTEE ON RULES OF | : | SUPREME COURT RULES DOCKET |
| | : | |
| EVIDENCE | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 15th day of September, 2014, Samuel G. Encarnacion, Esquire, is hereby designated as Chair of the Committee on Rules of Evidence, commencing October 1, 2014.